24, 1903.) In the matter of the estate of Maria F. Mills, deceased. No opinion. Order of the Surrogate's Court of Westchester county affirmed, with costs, on the opinion of the surrogate. 67 N. Y. Supp. 956.

MISNER, Respondent, v. STRONG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by William L. Misner against William H. Strong and others.

PER CURIAM. Judgment affirmed, with costs. See Smith v. Satterlee, 130 N. Y. 677, 29 N. E. 225.

HISCOCK, J., dissents upon the ground that it was incompetent to admit evidence of what was said in course of negotiations of settlement.

In re MOLINEUX. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) In the matter of the application of Roland B. Molineux for a peremptory writ of mandamus to issue to Hon. Cornelius V. Collins, superintendent of state prisons. No opinion. Order (83 N. Y. Supp. 943) affirmed, with $10 costs and disbursements.

In re MOLINEUX. (Supreme Court, Appellate Division, Third Department. December 3, 1903.) In the matter of the application of Roland B. Molineux for a peremptory writ of mandamus to issue to Cornelius V. Collins, superintendent of state prisons.

PER CURIAM. Motion granted.

SMITH and CHASE, JJ., dissent.

MORRIS, Respondent, v. BARNES, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Alfred H. Morris, individually, etc., against Thurlow Weed Barnes. No opinion. Motion to dismiss appeal granted, with $10 costs.

MORRIS, Appellant, v. DEUTZ LITHOGRAPHING CO., Respondent. (Supreme Court, Appellate Term. June 22, 1903.) Action by Robert C. Morris, trustee in bankruptcy of the American Bread Company, against the Deutz Lithographing Company. From a judgment for defendant on the dismissal of the complaint, plaintiff appeals. Affirmed. Joseph A. Arnold, for appellant. Clarence E. Thornall, for respondent.

MacLEAN, J. Failing of proof that the defendant knew or had reasonable cause to know of the insolvency of the American Bread Company, or of any intendment to suffer judgment and so create a preference obnoxious to the provisions of the bankruptcy law, the complaint was properly dismissed, and judgment entered thereon must be affirmed, with costs. Judgment affirmed, with costs. All concur.

In re MORRISON. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) In the matter of the application of George H. Morrison to be restored to practice as an attorney and counselor at law, under section 67 of the Code of Civil Procedure. No opinion. Motion denied.

MORRISON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1903.) Action by James B. Morrison against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

MORTON et al., Respondents, v. CORNWALL, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Charles Morton and Benjamin F. Andrews against Bessie P. Cornwall. No opinion. Judgment affirmed, with costs.

MOTT, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Annie E. Mott against the Metropolitan Street Railway Company. A. Ofner, for appellant. M. P. Lynch, for respondent. No opinion. Judgment and order affirmed, with costs.

MULLIGAN, Respondent, v. FORTY-SECOND ST., M. & ST. N. AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Rose M. Mulligan against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MURPHY, Respondent, v. MILLIKEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) Action by Patrick Murphy against Edward F. Milliken and Foster Milliken.

PER CURIAM. The statement in the opinion that there was no evidence that Finck signaled at all was too broad. But that statement is not necessary to support the conclusion reached. It is enough that there was no definite or satisfactory evidence that Finck signaled prematurely. Motion for reargument denied.

MURRAY, Respondent, v. RAYNOR et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by George W. Murray, as trustee, etc., against Henry Raynor and others.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellants file with the clerk of this court within five days a written stipulation consenting that the fund in the possession of the plaintiff may be distributed in accordance with the terms of the judgment, notwithstanding the appeal, and unless the appellant shall also perfect their appeal, so that the case may be placed in regular order upon the calendar of the court for January, 1904. Upon compliance with these conditions, the motion will be denied, without costs.

MYERS, Respondent, v. PRITCHARD, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Theodore W. Myers against Reuben L.